# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0541.  BRENTREZ JARMYKUS MCPHERSON v. THE STATE.**

Upon consideration, the application for discretionary appeal is hereby DENIED.

Appellee's motion to dismiss is DENIED AS MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/27/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*